partment. November 17, 1909.) Action by Russell P. Yates against Frances Yates.

PER CURIAM. Motion to dismiss appeal denied, without costs. The appeal may be argued in this court on the papers already printed, upon appellant's presenting to the court typewritten copy of the case and exceptions, the judgment roll, and the order granting temporary alimony. Appeal to be argued on third Friday of present term of court.

---

YOUNG, Respondent, v. LOSHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by William M. Young against David Loshen and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

---

YOUNG v. STOLPER et al. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by William Young against Abraham Stolper and others. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

---

YOUNG v. STOLPER et al. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by William Young against Abraham Stolpher and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

---

YUDICKI, Appellant, v. HODGMAN RUBBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Barney Yudicki against the Hodgman Rubber Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

ZIEGFELD v. NORWORTH. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Florenz Ziegfeld against Nora B. Norworth. No opinion. Motion denied, with $10 costs. Order filed. See, also, 118 N. Y. Supp. 1151.

---

CROFT, Respondent, v. ROCKVILLE CENTRE MILLING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Lillian S. Croft against the Rockville Centre Milling Company. G. Hamburger, for appellant. M. Sundheimer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

CROFT v. ROCKVILLE CENTRE MILLING CO. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Lillian S. Croft against the Rockville Centre Milling Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, Croft v. Rockville Centre Milling Co., ubi supra.

---

DAVIS, Appellant, v. FOGARTY, Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Annie Davis against William P. Fogarty. W. S. Johnston, for appellant. E. Frayer, for respondent. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 120 N. Y. Supp. 39.

---

NASH, Respondent, v. EASTON et al., Appellants. (Supreme Court, Appellate Division, Third Department. March, 1909.) Action by Willis G. Nash against William Easton and others. No opinion. Judgment and order unanimously affirmed, with costs.

---

PEOPLE, Respondent, v. GEYSERS NATURAL GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1909.) Proceedings by the People of the State of New York against the Geysers Natural Gas Company. No opinion. Judgment for the People. Defendant appeals. Judgment affirmed. Judgment reversed by Court of Appeals. 90 N. E. 441.

---

PEOPLE v. LINCOLN SPRING CO. (Supreme Court, Appellate Division, Third Department. September 28, 1909.) Proceeding by the People of the State of New York against the Lincoln Spring Company. No opinion. Judgment for the People. Defendant appeals. Judgment affirmed. Judgment reversed by Court of Appeals. 90 N. E. 441.

---

PEOPLE v. NATURAL CARBONIC GAS CO. (Supreme Court, Appellate Division, Third Department. September 30, 1909.) Proceeding by the People of the State of New York against the Natural Carbonic Gas Company. No opinion. Judgment for the People. Defendant appeals. Judgment affirmed. Judgment reversed by Court of Appeals. 90 N. E. 441.

---

PEOPLE, Respondent, v. NEW YORK CARBONIC ACID GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1909.) Proceedings by the People of the State of New York against the New York Carbonic Acid Gas. Company. No opinion. Judgment for the People. Defendant appeals. Judgment affirmed. Judgment reversed by Court of Appeals. 90 N. E. 441.

---

END OF CASES IN VOL. 119.

*